UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDWARD MASON, et al., ) | CASE NO.: C-06cv735 |
| ) | |
| Plaintiffs, ) | JUDGE BECKWITH |
| ) | |
| vs. ) | |
| ) | |
| ASSET ACCEPTANCE CORP. ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLAINTIFF'S NOTICE OF INTENT TO RELY UPON ADDITIONAL AUTHORITY
_____

Plaintiff, Sheila J. Walkuski, by and through counsel, hereby notifies this Court that she relies upon *Wright v. Financial Services of Norwalk, Inc.,* 996 F.3d 820 (6th Cir. 1993) (executrix has standing to bring Federal Debt Collection Practices Act action) as additional authority in support of the proposition that she has standing in this case.


s/Edward A. Icove
Edward A. Icove   0019646
Smith and Condeni, LLP
1801 East Ninth Street, Suite 900
Cleveland, Ohio  44114
(216) 771-1760
edward@smith-condeni.com
Attorney for Plaintiff

s/Steven C. Shane
Steven C. Shane 0041124
321 Fairfield Ave
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800
shanelaw@fuse.net
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2007, a complete copy of this document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this through the Court's system.

                                          s/ Edward A. Icove
                                          Edward A. Icove, #0019646
                                          Attorney for Plaintiff